DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STEWART BACHMANN,

Appellant,

v.

LAURA BACHMANN; and EXSYS TOOL, INC.,

Appellees.

No. 2D2023-1462
_____

June 26, 2024

Appeal from the Circuit Court for Pasco County; Brian Gnage, Judge.

Blair H. Chan, III, Tampa, for Appellant.

Jack D. Hoogewind, Dade City, for Appellee Laura Bachmann.

No appearance for Appellee Exsys Tool, Inc.


PER CURIAM.

    Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur., Judge.


_____

Opinion subject to revision prior to official publication.